FILED

Reset Form

2021 MAR 18 AM 10: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER | |
|---|---|---|---|
| | PLAINTIFF(S) | 21-13120 | 21MJ01353 |
| v. | | | |
| Eric Bullard | DEFENDANT(S). | DECLARATION RE OUT-OF-DISTRICT WARRANT | |

The above-named defendant was charged by: complaint
in the United States District Court    District of New Jersey    on March 18, 2021
at 12:40    ☐ a.m. / ☒ p.m. The offense was allegedly committed on or about August 2020
in violation of Title 18    U.S.C., Section(s) 1956
to wit: Money Laundering Conspiracy

A warrant for defendant's arrest was issued by: United States District Court, District of New Jersey

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 18, 2021
               Date

_[signature]_
Signature of Agent

Dustin Doyle
Print Name of Agent

Federal Bureau of Investigation
Agency

Special Agent
Title

CR-52 (08/20)    DECLARATION RE OUT-OF-DISTRICT WARRANT