FILED

2021 MAR 18  AM 10: 23

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____ JB

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
v.
Eric Bullard
USMS# _____ DEFENDANT

CASE NUMBER: 21-13120

REPORT COMMENCING CRIMINAL ACTION

21MJ01353

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 03/18/2021, 12:40 p.m.   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. 1956, Money Laundering Conspiracy

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: N/A

7. Year of Birth: 1963

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: N/A     Phone Number: N/A

9. Name of Pretrial Services Officer notified: N/A

10. Remarks (if any): N/A

11. Name: Dustin Doyle   (please print)

12. Office Phone Number: 609-977-7981

13. Agency: FBI

14. Signature: [signature]

15. Date: March 18, 2021

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION